IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARSHALL GREEK,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D23-1381
LT Case No. 2014-CF-008940-A

_____/

Decision filed June 20, 2023

3.800 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Marshall Greek, Century, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.